**Order entered September 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00126-CR

### SILVINO RICARDO AREVALO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-24895-U**

## ORDER

On July 26, 2018, we granted court reporter Sasha Brooks's request for additional time to file the reporter's record and ordered the reporter's record filed on or before July 31, 2018. On August 3, 2018, the court reporter attempted to file a partial reporter's record which was rejected. *See* TEX. R. APP. P. 34.6, 35, appx. C (providing that the court reporter should prepare only one consolidated record in the case). We notified court reporter Sasha Brooks by postcard dated August 3, 2018, and instructed her to file the corrected reporter's record within three days. To date, the reporter's record has not been filed and we have had no communication from Ms. Brooks.

We **ORDER** court reporter Sasha Brooks to file the complete reporter's record in this case within **TEN DAYS** of the date of this order. We caution Ms. Brooks that the failure to do

so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Fargo, Presiding Judge, Criminal District Court No. 7; Sasha Brooks, deputy court reporter, Criminal District Court No. 7; and to counsel for all parties

/s/    LANA MYERS
        JUSTICE